MLP

FILED

2008 JAN 11 PM 12:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 0083

The person charged as DUCKETT, Donell now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Western District of South Dakota (Rapid City) on 01/09/08 with: **Title 18 USC 3148** **in violation of:**

**Violating conditions of release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 01/11/08

Steve Purinton
CI -Deputy United States Marshal

Reviewed and Approved

DATE: 1/11/08

Michelle M. Pettit
Assistant United States Attorney

MJP

AO 442 (Rev. 12/85) Warrant for Arrest

0873-0109-0416-B

# United States District Court

## District of South Dakota
## Western Division

UNITED STATES OF AMERICA
v.
**Donell Duckett**

## WARRANT FOR ARREST

Case Number: **CR06-50120**

To: The United States Marshal
and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Donell Duckett** and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment [] Information []Complaint [X]Order of Court [] Petition to Revoke

Charging him or her with

violating conditions of release

in violation of

| | |
|---|---|
| BONNIE HORAN | DEPUTY CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| Bonnie Horan (signature) | JANUARY 9, 2008, RAPID CITY, SD |
| Signature of Issuing Officer | Date and Location |

**Bail fixed at $**____________________
By____________________ Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

MJP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
JAN 09 2008
CLERK

UNITED STATES OF AMERICA, Plaintiff,

vs.

DONELL DUCKETT, Defendant.

CR 06-50120

**EX PARTE ORDER**

Upon the Ex Parte Motion of the United States and good cause shown, it is hereby ORDERED, that a warrant for the arrest of Donell Ducket be issued forthwith.

Dated this 9th day of January, 2008.

BY THE COURT:

Karen E. Schreier

KAREN E. SCHREIER
CHIEF JUDGE

MIP



FILED
JAN 08 2008
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-50120 |
| Plaintiff, | |
| vs. | **EX PARTE** MOTION TO REVOKE BOND |
| DONELL DUCKETT, | |
| Defendant. | |

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully prays this Honorable Court enter its Ex Parte Order revoking defendant's bond and issuing a warrant of arrest for defendant and as grounds therefore states as follows:

Defendant was released on March 8, 2007, by Chief Judge Karen E. Schreier. Among the conditions of defendant's release were that maintain employment, provide pretrial services with copies of earning statements and make monthly child support payments.

The defendant has not provided any earning statements although he claims to be employed and he has made only two child support payments since released, as reflected in the attached Report of Apparent Bond Violation.

WHEREFORE, the United States prays this Honorable Court issue its warrant for defendant's arrest and its Ex Parte order revoking bond.

Respectfully submitted this 8th day of January, 2008.

MVP



MARTY J. JACKLEY
United States Attorney
By:

MARK A. VARGO
Assistant U.S. Attorney
515 9th Street, #201
Rapid City, SD 57701
(605) 342-7822
Mark.Vargo@usdoj.gov