# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Donell Duckett No. 08mj83-POR

HON. Louisa S. Porter Tape No. POR08-1:15:05-15:07(2m)

Asst. U.S. Attorney Sabrina Feve PTSO N/A

| Atty | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Sara Peloquin, FD | X | Apt | | Ret | for | Duckett | (1) | (R) |
| | | Apt | | Ret | for | | ( ) | ( ) |
| | | Apt | | Ret | for | | ( ) | ( ) |
| | | Apt | | Ret | for | | ( ) | ( ) |
| | | Apt | | Ret | for | | ( ) | ( ) |
| | | Apt | | Ret | for | | ( ) | ( ) |
| | | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS: ___ In Chambers X In Court ___ By Telephone

Waiver of removal hearing previously filed.
Defendant ordered removed to the District of South Dakota.
Order of removal filed.

Date 01/24/2008

R. F. Messig RFM
Deputy's Initials