FILED

JAN 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**DONELL DUCKETT**<br>Defendant. | ) | Magistrate Case No. **08MJ0083**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

A warrant for arrest having been issued in the Western District of South Dakota, charging defendant **DONELL DUCKETT** with violating conditions of release in criminal case CR 06-50120, in violation of conditions of release. Defendant **DONELL DUCKETT** was arrested on January 11, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said Ex Parte Order Motion to Revoke Bond. Defendant **DONELL DUCKETT** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **DONELL DUCKETT** appear before United States Magistrate Judge Veronica L. Duffy, Federal Building, 515 9th Street, Courtroom 312, Third Floor, Rapid City, South Dakota 57701, on Monday, February 25, 2008 at 10:00 a.m. for further proceedings.

Dated: 1/24/08

**HONORABLE LOUISA S. PORTER**
United States Magistrate Judge
**Southern District of California**