# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 28, 2008

Clerk, U.S. District Court
Western District of South Dakota
Federal Building, 515 9th Street, Room 302 PO Box 6080
Rapid City, SD 57709-6080

Re: 08mj0083-POR, USA v Donell Duckett

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond | | |
| | Other ______________________ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/J. Hinkle
Deputy Clerk