**SARA M. PELOQUIN**
State Bar Number 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467 / Fax: (619) 687-2666
sara_peloquin@fd.org

Attorneys for Mr. Duckett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONELL DUCKETT,<br><br>Defendant. | Case No.08MJ0083<br><br>DECLARATION OF SARA M. PELOQUIN IN SUPPORT OF STIPULATED MOTION TO EXONERATE THE BOND |

Sara Peloquin, attorney for Donell Ducket, states as follows, under penalty of perjury:

1. I am a trial attorney with Federal Defenders of San Diego, Inc., and I am licensed to practice in the State of California, and in the U.S. District Court for the Southern District of California.

2. This declaration is based upon the information available on PACER, the attached documents and the Bureau of Prisons website at www.http://bop.gov/.

3. On December 14, 2006 the grand jury in the Western Division of South Dakota issued an indictment charging Mr. Duckett with one count of 18 U.S.C. 228(a)(3)– Failure to Pay Legal Child Support a Felony. On January 31, 2007, Mr. Duckett was arrested in the Southern District of California. He appeared before Judge Barbara L. Major on February 2, 2006 and a personal appearance bond was set in the amount of fifteen thousand dollars to be secured by the signature of one financially responsible adult. On January 9, 2006, Mr. Duckett posted bond and was released.

4. On March 3, 2008, Magistrate Judge Marshall P. Young of the District Court of South Dakota released Mr. Duckett on his own recognizance and set the conditions of his release. See attached exhibit A.

5. Mr. Duckett's case was accepted for courtesy supervision by the pre-trial services office in the Southern District of California.

6.On November 26, 2007, Mr. Duckett pled guilty to the charge in the indictment before Chief Judge Karen E. Schreier of the District of South Dakota, and a sentencing hearing was scheduled for February 25, 2008.

7. On January 11, 2008 Mr. Ducket was arrested in Southern District of California pursuant to an arrest warrant issued by the District Court of South Dakota based on alleged violations of the conditions of his pre-trial release. Mr. Duckett waived an identity hearing pursuant to Fed. R Crim. P. 5(c) and was granted a personal appearance bond in the amount of five-thousand dollars to be secured by the signature of his grandmother Ms. Hazel Walls. Mr. Duckett posted bond and was released January 16, 2008.

8. On February 25, 2008, Mr. Duckett appeared in the District Court of South Dakota for his sentencing hearing. He received a custodial sentence of sixteen months followed by one year of supervised release. See attached exhibit B. He was remanded into custody at that time to begin serving his sentence.

9. At this time Mr. Duckett remains in the custody of the Bureau of Prisons. See attached Exhibit C. For this reason both parties stipulate to the exoneration of the bond.

10. I hereby declare under penalty of perjury that the foregoing is a true and complete recitation of the facts.

Respectfully submitted,

DATED: March 14, 2008

*s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Declarant