# INDEX OF EXHIBITS

United States v. Donell Duckett

08mj0083-POR

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . Order Setting Conditions of Release

Exhibit B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Judgment

Exhibit C . . . . . . . . . . . . . . . . . . . . . . . . . . Fed. Bureau of Prisons Inmate Locator

# EXHIBIT A

AO 199A (Rev. 6/97) Order Setting Conditions of Release

FILED
MAY 18 2007
CLERK

# UNITED STATES DISTRICT COURT

Western Division of the District of South Dakota

United States of America

V.

DONELL ALLEN DUCKETT
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 06-50120-01

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ____________ Place ____________ on ____________ Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ____________ dollars ($ ____________ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL

AO 199B (Rev. 5/99) Additional Conditions of Release

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) ______

(Address) ______ (Tel. No.) ______

(City and state) ______

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: ______ ______
Custodian or Proxy Date

( ✔ ) (7) The defendant shall:

( ✔ ) (a) **report to** **Pretrial Services as instructed**, telephone number **(605) 399-5920**, not later than ______.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: ______

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described ______.

( ) (d) execute a bail bond with solvent sureties in the amount of $ ______.

( ✔ ) (e) **obtain/maintain employment and provide pretrial services copies of earning statements**

( ) (f) maintain or commence an education program.

( ) (g) surrender any passport to: ______

( ) (h) obtain no passport.

( ✔ ) (i) **abide by the following restrictions on personal association, place of abode, or travel:** **Defendant shall not enter or remain in any business establishment whose primary business is the sale of alcoholic beverages**

( ✔ ) (j) **avoid all contact, directly or indirectly, with any victims or potential witnesses involved in this matter, specifically Andrea Dauksavage.**

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: ______

( ) (l) return to custody each (week) day as of ______ o'clock after being released each (week) day as of ______ o'clock for employment, schooling, or the following limited purpose(s): ______

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ✔ ) (n) **refrain from possessing a firearm, destructive device, or other dangerous weapons.**

( ✔ ) (o) **refrain** ( ✔ ) **any** ( ) excessive **use of alcohol.**

( ✔ ) (p) **refrain from any use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

( ✔ ) (q) **Submit to drug or alcohol testing as instructed by your pretrial services officer.**

( ) (r) Undergo and successfully complete a chemical dependency treatment program as directed by your pretrial services officer.

( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from ______ to ______, or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ✔ ) (u) **Report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.**

( ) (v) Submit a sample of his blood, breath, or urine whenever requested to do so by any law enforcement officer.

( ✔ ) (w) **Obey all laws.**

( ✔ ) (w) **Submit to a warrantless search of his person, residence, vehicle, personal possessions whenever requested to do so by any law enforcement**

( ✔ ) (y) **Keep all Court appearances.**

( ✔ ) (x) **Make monthly child support payments.**

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
Signature of Defendant

2094 Julian ave San Diego, CA 92113
Address

San Diego, CA (619) 234-8089
City and State Telephone

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: March 8, 2007

[signature]
Signature of Judicial Officer

MARSHALL P. YOUNG, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**HONORABLE KAREN E. SCHREIER, CHIEF JUDGE, PRESIDING**

Jeana Holso, Deputy Clerk
Amy Vermeulen, USPO
February 25, 2008

Judy Thompson, Court Reporter
Tape No.:
Court Time: 11:04 a.m. to 11:49 a.m.

---

CR. 06-50120-01

United States of America, * Mark A. Vargo

Plaintiff,

vs.

Donell Duckett, * Jim Jeffries

Defendant.

FILED
FEB 25 2008
CLERK

---

■ **SENTENCING HEARING**
■ Indictment, Count I ☐ Information, Count
■..... Court notes the appearances of counsel and the defendant

☐..... **REVOCATION HEARING**
☐ Petition to Revoke Super Vised Release ☐ Petition to Revoke Probation
☐..... Court notes the appearances of counsel and the defendant
☐..... Comes now the Defendant and
☐.....Admits the allegations contained in paragraph(s) of the and/or
☐.....Denies the allegations contained in paragraph(s) of the

☐..... **JUVENILE DISPOSITIONAL HEARING**
☐ Information, Count ☐ Superseding Information, Count
☐..... Court notes the appearances of counsel and the defendant
☐..... Comes now the Defendant and
☐.....Admits the allegations contained in paragraph(s) of the and/or
☐.....Denies the allegations contained in paragraph(s) of the

☐..... Upon govt motion the Court orders paragraph of the Petition to revoke is dismissed.

☐..... The Court the 's motion
■..... Counsel for the defendant addresses the Court regarding the sentence to be imposed
■..... The defendant addresses the Court in his own behalf
■..... Counsel for the government addresses the Court regarding the sentence to be imposed

☐..... The Court orders the defendant's is revoked.

**THE COURT ADDRESSES THE DEFENDANT AND IMPOSES THE FOLLOWING SENTENCE:**
■..... The defendant is sentenced to the custody of the Bureau of Prisons for a period of 16 months.
■..... The defendant shall serve a term of supervised release of one (1) year.
☐..... The Court makes the following recommendation to the U.S. Bureau of Prisons: .
☐..... The defendant shall self surrender to the U.S. Marshals Service on
☐..... The defendant shall serve a term of months probation
■..... The defendant shall immediately pay a Special Assessment in the amount of $100.00
■..... The Court orders the fine shall be waived.
☐..... The Court orders the defendant pay a fine to the United States in the amount of
■..... The Court orders the defendant to pay restitution in the amount of $62,322.93.
☐..... Payment of the criminal monetary penalties shall be due in regular quarterly installments of 50% the deposits in the defendant's inmate trust account while the defendant is in custody. Any portion of the monetary obligation(s) not paid in full prior to the defendant's release fro custody shall be due in monthly installments of $300.00, such payments to begin 60 days following the defendant's release.
■..... The Court advises the Defendant of his appeal rights.

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## District of South Dakota, Western Division

UNITED STATES OF AMERICA
V.

DONELL A. DUCKETT

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 5:06-CR-050120-001

USM Number: 02704-298

James L. Jeffries
Defendant's Attorney

FILED
FEB 25 2008
[signature]
CLERK

**THE DEFENDANT:**

■ pleaded guilty to count I of the Indictment

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 228(a)(3) | Failure to Pay Legal Child Support | 12/13/2006 | I |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant the statutory and constitutional authority vested in this court.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

February 25, 2008
Date of Imposition of Judgment

[signature: Karen E. Schreier]
Signature of Judge

Karen E. Schreier, United States District Judge
Name and Title of Judge

February 25, 2008
Date

DEFENDANT: DONELL A. DUCKETT
CASE NUMBER: 5:06-CR-050120-001

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: sixteen (16) months.

□ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

□ The defendant shall surrender to the United States Marshal for this district:

- □ at ______________ □a.m. □p.m. on ______________.
- □ as notified by the United States Marshal.

□ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- □ before 2 p.m. ______________.
- □ as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________

at ______________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DONELL A. DUCKETT
CASE NUMBER: 5:06-CR-050120-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: one (1) year.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DONELL A. DUCKETT
CASE NUMBER: 5:06-CR-050120-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not consume any alcoholic beverages or frequent establishments whose primary business is the sale of alcoholic beverages.

2. The defendant shall participate in a program approved by and at the direction of the probation office for treatment of substance abuse, which will include testing to determine if defendant has reverted to the use of alcohol or drugs.

3. The defendant shall reside and participate in a residential re-entry program as directed by the probation office. The defendant shall be classified as a pre-release case.

4. The defendant shall submit a sample of his blood, breath, or urine at the discretion or upon the request of the probation office.

5. The defendant shall submit to a warrantless search of his person, residence, place of business, or vehicle, at the discretion of the probation office.

6. The defendant shall provide the probation office with access to any requested financial information.

7. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, lump sum social security payments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

8. The defendant shall pay restitution as ordered by the Court.

9. The defendant shall establish a payment agreement for current and past due child support obligations with the appropriate State Court and shall maintain monthly child support.

10. The defendant shall notify his employer within 30 days of all outstanding child support obligations and he shall coordinate wage assignments to ensure all child support obligations are being met.

DEFENDANT: DONELL A. DUCKETT
CASE NUMBER: 5:06-CR-050120-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ Waived | $ 62,322.93 |

☐ The determination of restitution is deferred until .
An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

■ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority Or Percentage |
|---|---|---|---|
| South Dakota Office of Child Support Enforcement | $62,322.93 | $62,322.93 | |
| **TOTALS** | $ 62,322.93 | $ 62,322.93 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

■ the interest requirement is waived for the ☐ fine ■ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: DONELL A. DUCKETT
CASE NUMBER: 5:06-CR-050120-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ■ Lump sum payment of $ 100.00 SVAF is ___due immediately. Restitution in the amount of $62,322.93 shall be paid

☐ not later ______________________, or
■ in accordance ☐ C, ■ D, ☐ E, or ☐ F below); or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☐ F below); or

C ☐ Payment in equal weekly (e.g., weekly, monthly, quarterly) installments of $ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D ■ Payment in equal monthly installments of $250, to commence 60 days after release from imprisonment to a term of supervision; or

E ☐ Payment of the criminal monetary penalties shall be due in regular quarterly installments of of the deposits in the defendant's inmate trust account while the defendant is in custody. Any portion of the monetary obligation(s) not paid in full prior to the defendant's release from custody shall be due in monthly installments of , such payments to begin, days following the defendant's release; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Number (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs

# EXHIBIT C

FEDERAL BUREAU OF PRISONS www.bop.gov

AN AGENCY OF THE U.S. DEPARTMENT OF JUSTICE

HOME

ABOUT | INMATE LOCATOR | PRISON FACILITIES | CAREERS | INMATE MATTERS | POLICY / FORMS | DOING BUSINESS | NEWS / INFORMATION | Site Map

Inmate Locator

# Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

Links open in a new window

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | | Location |
|---|---|---|---|---|---|---|---|
| 1. DONELL ALLEN DUCKETT | 02704-298 | 35 | Black | M | | UNKNOWN | IN TRANSIT |

New Search FAQs Privacy

**Results 1 - 1 of 1**

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

**Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies**
**Privacy Policy | Search | Site Map**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONELL DUCKETT,<br><br>Defendant. | Case NO.08MJ0083-POR<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Assistant United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: March 14, 2008

*/s/Sara M. Peloquin*

**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email:sara_peloquin@fd.org