FILED

08 MAR 19 AM 11:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

UNITED STATES OF AMERICA,
Plaintiff,
v.
DONELL DUCKETT,
Defendant.

Case No.08MJ0083

**[PROPOSED] ORDER TO EXONERATE THE PERSONAL APPEARANCE BOND FOR MR. DUCKETT**

**IT IS HEREBY ORDERED** that the personal appearance bond in the amount of $5,000 secured by the signature of Ms. Hazel Walls be exonerated forthwith.

**SO ORDERED.**

Dated: 3/18/08

**HONORABLE LOUISA S. PORTER**
United States District Court Judge